AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

HYRUM JAMES GEDDES,

    Plaintiff,

v.

WEBER COUNTY, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:18-cv-00136

IT IS ORDERED AND ADJUDGED

That Defendants' Motion for Summary Judgment is granted, and Plaintiff's action against Defendants is dismissed with prejudice.

August 3, 2020

*Date*

BY THE COURT:

_____

Howard C. Nielson, Jr.
United States District Judge